# VIOLATION REPORT

## U.S. PRETRIAL SERVICES OFFICE

### MEMORANDUM

Date:     March 20, 2017

To:       The Honorable Robert J. Conrad, Jr.
          U.S. District Court Judge

From:     Tamara S. Styles
          U.S. Probation Officer

Re:       **Michael Arthur Kerr**
          0419 3:16CR00292-001
          **Notification of Bond Violation**
          **WARRANT REQUESTED**

**RELEASE STATUS:**

The defendant made his initial appearance on 7/27/2016 before U.S. Magistrate Judge David C. Keesler on a charge set forth in a Criminal Complaint, same being 49 U.S.C. § 46504: Interference with the Performance or Duties of a Flight Crew Member. The defendant was detained pending a detention hearing which occurred on 8/01/2016. At the detention hearing, the defendant was released on a $25,000 bond with Pretrial Services supervision. On 12/02/2016, the defendant appeared in court and entered a guilty plea to the sole count set forth in a Bill of Information that was filed on 11/15/16 charging the same conduct as the Criminal Complaint.  The defendant was continued on bond pending sentencing.

**APPARENT VIOLATION:**

1.    **NEW LAW VIOLATION**
      The defendant has violated the condition of bond that states "the defendant must not violate any federal, state or local law while on release," in that: On 3/02/2017, the defendant was charged with Domestic Assault of victim Matthew Stacy by the Lexington Police Department, having occurred on the same date. This charge is pending in the Commonwealth of Kentucky Court of Justice, Lexington, KY.

2.    **NEW LAW VIOLATION**
      The defendant has violated the condition of bond that states "the defendant must not violate any federal, state or local law while on release," in that: On 3/02/3017, the defendant was charged with Resisting Arrest by the Lexington Police Department, having occurred on the same date. This charge is pending in the Commonwealth of Kentucky Court of Justice, Lexington, KY.

3.    **FAILURE TO REPORT CONTACT WITH LAW ENFORCEMENT OFFICER**
      The defendant has violated the condition of bond which states "the defendant must report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop," in that: The defendant was released on bond on 3/17/2017 after having been arrested on 3/02/2017 on the charges set forth previously, and has not reported his arrest or law enforcement contact to his supervising officer.

**SUMMARY OF DEFENDANT'S ADJUSTMENT TO SUPERVISION:**

The defendant's adjustment to pretrial supervision has been poor in the light of new criminal charges and failing to report his arrest to his supervising officer.  The arrest report alleges the defendant struck his spouse in the head causing injury. Upon arrival of law enforcement to the scene, the arrest report alleges the defendant struggled with officers as they attempted to take him into custody for spousal abuse.

**SUMMARY OF OFFICER INTERVENTION:**

On 3/14/2017, the supervising officer, USPO Tony Gilkey, attempted contact with the defendant at his residence. However, USPO Gilkey was met by the defendant's spouse, Matthew Stacy, who reported the defendant had been arrested a few weeks prior on spousal abuse and resisting arrest charges. Mr. Stacy reported to be the victim of one of the alleged offenses.

USPO Gilkey retrieved the arrest report and commitment order from the Commonwealth of Kentucky Court of Justice, Lexington, KY and forwarded them to the undersigned for review on 3/20/2017 whereby a violation report was drafted.

**RECOMMENDATION:**

It is requested that a warrant be issued and the defendant's bond be revoked pending sentencing.

It is requested that access to this document be restricted to the U.S. Attorney until service; upon notification that service has been effected, the document shall be made available to case participants only.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted this 20th day of March, 2017.

by _____s/ Tamara S. Styles_____
Tamara S. Styles
U.S. Probation Officer
151 Patton Avenue
Suite 145
Asheville, NC 28801
828-771-7332

Approved by:
s/ Robert T. Ferguson_____
Robert T. Ferguson
Supervising U.S. Probation Officer
828-771-7337

THE COURT ORDERS

☐        No Action
☒        The Issuance of a Warrant
☐        The Issuance of a Summons
☐        Other

Date:  <u>March 24, 2017</u>

 Signed: March 24, 2017

Robert J. Conrad, Jr.
United States District Judge

AO 442 11/11 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   0419 3:16CR00292-001 |
| | ) | |
| | ) | |
| Michael Arthur Kerr | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Michael Arthur Kerr ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☒ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:  See Petition for Warrant.

Date: _____          _____
                                                                *Issuing officer's signature*

City and state: _____          Frank G. Johns, Clerk of Court
                                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____          _____<br>                                                                *Arresting officer's signature*<br><br>          _____<br>                                                                *Printed name and title* |